United States District Court
Southern District of Texas
**ENTERED**
June 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY, | § § § | |
| *Plaintiff*, | § § | |
| VS. | § | 3:19-CV-111 |
| | § | |
| BINNACLE DEVELOPMENT, LLC F/K/A BINNACLE DEVELOPMENT AND CONSTRUCTION, LLC, *et al.*, | § § § § § | |
| | § | |
| *Defendants*. | | |

## FINAL JUDGMENT

On this day, having considered Plaintiff's Motion for Entry of Final Judgement, as well as the Memorandum Opinion and Order (Dkt. 32) and the parties' Partial Stipulation Subject to Defendants' Right of Appeal, the Court renders judgment as set forth below.

The Court orders that Plaintiff HANOVER INSURANCE COMPANY shall have judgment against Defendant LONE TRAIL VILLAGE DEVELOPMENT, LLC in the sum of $146,409.00.

The Court further orders that Plaintiff HANOVER INSURANCE COMPANY shall have judgment against Defendant BINNACLE

DEVELOPMENT, LLC f/k/a BINNACLE DEVELOPMENT AND CONSTRUCTION, LLC in the sum of $270,253.00.

The Court further orders that Plaintiff HANOVER INSURANCE COMPANY shall have judgment against Defendant SSLT, LLC in the sum of $159,049.00.

Additionally, the Courts awards Plaintiff HANOVER INSURANCE COMPANY pre-judgment interest on the above sums, respectively, at the annual rate of 5%, to be paid from March 20, 2019 until the date of the entry of this judgment.

The Courts further awards Plaintiff HANOVER INSURANCE COMPANY post-judgment interest on all of the above amounts, respectively, at the annual rate of 5%, from the date of this judgment until the date this judgment is paid.

The Court further awards Plaintiff HANOVER INSURANCE COMPANY all costs of collection, including, but not limited to, any Constable commission fees as set by any County Commissioner's Court pursuant to Section 118.131 of the Texas Local Government Code.

The Court orders execution to issue for this judgment.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT and is appealable.

Signed on Galveston Island on the 22nd day of June, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE