UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 3:19-CV-111 |
| BINNACLE DEVELOPMENT, LLC F/K/A BINNACLE DEVELOPMENT AND CONSTRUCTION, LLC, *ET AL,* | § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is the plaintiff The Hanover Insurance Company's motion for disbursement of funds. Dkt. 71. The defendants have filed no response. The court grants the plaintiff's motion.

Accordingly, it is ordered that the clerk of this court shall disburse the funds deposited by the defendants into the court's registry, in the amount of $679,417.85, together with interest earned on said funds to The Hanover Insurance Company.

Signed on Galveston Island this 7th day of March, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE